IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM A. BLACK,

      Petitioner,                    No. CIV S-06-2835 MCE KJM P

   vs.

MICHAEL C. KRAMER, et al.,

      Respondents.             ORDER

_____/

      Petitioner has requested an extension of time to file and serve an opposition to respondents' June 8, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 11, 2007 request for an extension of time is granted; and

      2. Petitioner shall file and serve an opposition to respondents' June 8, 2007 motion to dismiss on or before August 7, 2007.

DATED: July 16, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
blac2835.111