IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BLACK, | No. 2:06-cv-02835-MCE-KJM P |
| Petitioner, | |
| vs. | ORDER |
| MICHAEL KRAMER, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 4, 2008 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable

1  whether the district court was correct in its procedural ruling.  <u>Slack v. McDaniel</u>, 529 U.S. 473,
2  484-85 (2000).  The certificate of appealability must "indicate which specific issue or issues
3  satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
4      For the reasons set forth in the magistrate judge's January 30, 2008 findings and
5  recommendations, and this court's March 4, 2008 order, jurists of reason would not find it
6  debatable whether petitioner's application was properly dismissed.  Accordingly, a certificate of
7  appealability should not issue in this action.
8      IT IS SO ORDERED.
9   Dated:  March 27, 2008

11                  MORRISON C. ENGLAND, JR.
12                  UNITED STATES DISTRICT JUDGE